SAMANTHA LINEBAUGH, BY AND THROUGH HER GUARDIAN AD LITEM AND NATURAL MOTHER, ANNA LINEBAUGH, AND ANNA LINEBAUGH, IN HER OWN RIGHT, PLAINTIFFS-RESPONDENTS, v. HAYWORTH HYNDMAN AND SHERRY THOMPSON, DEFENDANTS, AND ADAM HONEGSTEIN AND MARYLA HONEGSTEIN, JOINTLY, SEVERALLY AND IN THE ALTERNATIVE, DEFENDANTS-APPELLANTS.

Argued May 4, 1987—Decided May 19, 1987.

*John L. Slimm* argued the cause for appellants (*Slimm, Dash & Goldberg,* attorneys; *Marc B. Zingarini,* of counsel; *Lauren H. Kane,* on the brief).

*Michael L. Testa* argued the cause for respondents (*Basile, Testa & Testa,* attorneys; *Richard M. Pescatore,* on the brief).

PER CURIAM.

The judgment is affirmed substantially for the reasons expressed in the opinion of the Appellate Division, reported at 213 *N.J.Super.* 117 (1986).

*For affirmance* —Chief Justice WILENTZ, and Justices CLIFFORD, HANDLER, POLLOCK, O'HERN, GARIBALDI and STEIN—7.

*For reversal* —None.